## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CHAUNCY FIFE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | |
| | ) | |
| COLLECTO, INC., d/b/a EOS/CCA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

**TO:**

The United States District Court for the Northern District of Georgia, Atlanta Division

James M. Feagle
Skaar & Feagle, LLP
2374 Main Street
Suite B
Tucker, Georgia 30084

Justin T. Holcombe
Kris Skaar
Skaar & Feagle, LLP
P.O. Box 1478
331 Washington Ave.
Marietta, Georgia 30061-1478

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1446(a) and (b),

Defendant Collecto, Inc., d/b/a EOS/CCA ("Defendant") hereby removes this case

to the United States District Court for the Northern District of Georgia, Atlanta

Division based on the following grounds:

- 1 -

1.      This action is removable to the United States District Court under 28 U.S.C. §§ 1331 and 1441 on the grounds of federal question jurisdiction, in that the complaint purports to allege a cause of action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

2.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after Defendant's receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

3.      Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of the following documents, which are all the process, pleadings and orders received by one or more Defendants in this action, to wit:  documents bates numbered 1 through 8.

4.      Upon receipt of this Notice, no further action shall be taken in the Magistrate Court of DeKalb County

5.      By filing this Notice of Removal, the Defendant demonstrates its consent to the removal of the case to this Court.

Respectfully submitted this 5th day of December, 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CHAUNCY FIFE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | |
| | ) | |
| COLLECTO, INC., d/b/a EOS/CCA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Defendant's Notice of Removal by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

James M. Feagle                         Justin T. Holcombe
Skaar & Feagle, LLP                     Kris Skaar
2374 Main Street                        Skaar & Feagle, LLP
Suite B                                 P.O. Box 1478
Tucker, Georgia 30084                   331 Washington Ave.
                                        Marietta, Georgia 30061-1478

Respectfully submitted this 5th day of December, 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473