# EXHIBIT "A"

IN THE MAGISTRATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

SECOND ORIG.
14MR02932

CHAUNCY FIFE,
c/o Skaar & Feagle, LLP
331 Washington Ave.
Marietta, GA 30060,
    Plaintiff,

v.

COLLECTO, INC., d/b/a EOS/CCA,
c/o: C T Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361
    Defendant.

CIVIL ACTION FILE

NO. _____

STATEMENT OF CLAIM

1. This court has jurisdiction over the Defendant. Defendant directed telephone calls to Plaintiff's cellular telephone number in this County which give rise to Plaintiff's claims.

2. Plaintiff claims the Defendant is indebted to Plaintiff as follows:
Violations of TCPA, 47 U.S.C. § 227; See Attached Complaint.

3. That said claim is in the amount of $1,500.00 for each such violation, plus a reasonable attorneys fees pursuant to O.C.G.A. § 13-6-11, plus all costs to date, and all future costs of this suit.

STATE OF GEORGIA
COUNTY OF COBB

    James M. Feagle, Attorney for Plaintiff, being first duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all setoffs and just grounds of defense.

_____
James M. Feagle | (404) 373-1970
Attorney for Plaintiff | Georgia Bar No. 256916

Sworn and subscribed before me this 31st day October, 2014.

_____
Notary public or attesting official

Nelson Richard Barnes
NOTARY PUBLIC
Dekalb County, GEORGIA
My Commission Expires
09/15/2018

NOTICE AND SUMMONS

TO: COLLECTO, INC., d/b/a EOS/CCA,
c/o: its registered agent: C T Corporation System, 1201 Peachtree Street, NE, Atlanta, GA 30361

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. The court will hold a hearing upon this claim at 556 N. McDonough Street, Decatur, Georgia 30030 at a time to be set after your answer is filed.

YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of hearing. If you wish to have witnesses summoned, see the court at once for assistance. If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court. You may come with or without an attorney.

This 31 day of October, 2014.

_____
Magistrate or Deputy Clerk of Court

Served on 11-5-14
Byron K Bush 409

C. Fife v. Collecto, Inc., d/b/a EOS/CCA                     Page 1 of 8

IN THE MAGISTRATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CHAUNCY FIFE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. _____ |
| COLLECTO, INC., d/b/a EOS/CCA, | : |
| Defendant. | : |

**COMPLAINT FOR DAMAGES**

**INTRODUCTION**

1. This is an action for damages against the defendant for violations of the Telephone Consumer Protection Act [TCPA], 47 U.S.C. § 227, and the regulations proscribed thereunder, 47 C.F.R. § 64.1200.

**PARTIES AND PERSONAL JURISDICTION**

2. Plaintiff is a resident of this County and is authorized by law to bring this action.

3. Defendant is a corporation organized under the laws of the State of Massachusetts. [Hereinafter said defendant is referred to as "EOS/CCA"].

4. EOS/CCA transacts business in this State and County.

-1-

5. EOS/CCA's transactions in this State give rise to the Plaintiff's Cause of Action.

6. EOS/CCA is in the business of collecting debts.

7. In the course of its business, EOS/CCA directed telephone calls to Plaintiff's cellular telephone number in DeKalb County, Georgia.

8. EOS/CCA is subject to the jurisdiction and venue of this Court.

9. EOS/CCA may be served by personal service on its registered agent in the State of Georgia, to wit: C T Corporation System, 1201 Peachtree Street, NE, Atlanta, GA 30361.

## STATEMENT OF FACTS

10. Plaintiff is the subscriber of cellular telephone services for telephone number (770) 896-1362 from TracFone Wireless, Inc. d/b/a Straight Talk.

11. EOS/CCA initiated telephone calls to Plaintiff's cellular telephone number.

12. EOS/CCA uses the Guaranteed Contacts predictive dialer created by Ontario Systems when making telephone calls.

13. The Guaranteed Contacts predictive dialer is paired with the Flexible Automated Collection System (FACS) software which together has the

ability to store telephone numbers and to dial telephone numbers from the stored database.

14. The telephone calls to Plaintiff's cellular telephone number were initiated using EOS/CCA's Guaranteed Contacts predictive dialer.

15. EOS/CCA's FACS software and Guaranteed Contacts predictive dialer together stores telephone numbers.

16. EOS/CCA's FACS software and Guaranteed Contacts predictive dialer together dial from a database of stored telephone numbers in the order it has been programmed to dial them or set by an algorithm.

17. EOS/CCA's contact center software has the capacity to dial from a stored list of telephone numbers without human intervention.

18. EOS/CCA's telephone calls to Plaintiff were initiated using an automatic telephone dialing system.

19. The telephone calls to Plaintiff's cellular telephone number were knowingly and willfully initiated.

20. The telephone calls to Plaintiff's cellular telephone number were not initiated by accident or mistake.

21. It was the intent of EOS/CCA to initiate the telephone calls to the cellular telephone number at issue.

-3-

22. On August 6, 2014, Plaintiff advised the Defendant that it was calling his cellular telephone number and expressly requested that the Defendant stop calling.

23. Defendant continued calling Plaintiff's cellular telephone number throughout September and into October, 2014.

24. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSE OF ACTION

## TELEPHONE CONSUMER PROTECTION ACT

25. The acts of Defendant constitute violations of the Telephone Consumer Protection Act.

26. Defendant's violations of the TCPA include, but are not limited to, the following:

27. Making and/or initiating a telephone call using an automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service, in violation of 47 U.S.C. § 227(b)(1)(A)(iii) and 47 CFR § 64.1200(a)(1)(iii).

28. As a result of Defendant's actions, Plaintiff is entitled to an award of statutory damages of $500.00 for each such violation.

29. Defendant's violations of the TCPA were willful and knowing.

30. Plaintiff requests this court treble damages to $1,500.00 for such willful or knowing violations.

31. Defendant has acted in bad faith, been stubbornly litigious and/or caused the Plaintiff unnecessary trouble and expense, and Plaintiff requests an award of the expenses of litigation, including a reasonable attorney's fee, pursuant to O.C.G.A. § 13-6-11.

## PRAYERS FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT JUDGMENT BE ENTERED AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF, AS FOLLOWS:

a) That Plaintiff be awarded damages in the liquidated amounts provided by statute;

b) That Plaintiff be awarded treble damages; and

c) That Plaintiff be awarded the expenses of litigation including costs and a reasonable attorney's fee.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by: _____
James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax

Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com
P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061-1478
770 / 427-5600
404 / 601-1855 fax

IN THE MAGISTRATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

CHAUNCY FIFE,

    Plaintiff,

v.

COLLECTO, INC., d/b/a EOS/CCA,

    Defendant.

## NOTICE TO PRODUCE

COMES NOW PLAINTIFF, pursuant to O.C.G.A. § 24-13-27, and hereby demands that the Defendant produce the following:

1. The manual for the dialing system(s) or contact center software used when initiating telephone calls to telephone number (770) 896-1362.

2. Dialer reports, collection notes and call logs reflecting all calls made by Defendant to telephone number (770) 896-1362.

Plaintiff hereby demands the above requested documents be produced by the Defendant to Plaintiff's counsel at the time and place of any hearing scheduled in this action.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by: _____
James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax