## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CHAUNCY FIFE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:14-cv-03863-TWT |
| | ) | |
| COLLECTO, INC., d/b/a EOS/CCA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

COMES NOW, Defendant Collecto, Inc., d/b/a EOS CCA, misidentified in the Complaint as "Collecto, Inc., d/b/a EOC/CCA," by and through the undersigned counsel and hereby informs the Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Defendant anticipates will be completed within the next 30 days.

Defendant therefore requests that this honorable Court vacate all dates currently set on the calendar for the present matter.

Respectfully submitted this 23rd day of December 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CHAUNCY FIFE,                                              )
                                                          )
      Plaintiff,                                      )    Civil Action File No.
vs.                                                       )    1:14-cv-03863-TWT
                                                          )
COLLECTO, INC., d/b/a EOS/CCA,                            )
                                                          )
      Defendant.                                      )
_____                        )

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

James M. Feagle                          Justin T. Holcombe
jfeagle@skaarandfeagle.com               jholcombe@skaarandfeagle.com

Kris K. Skaar
krisskaar@aolc.om

Respectfully submitted this 23rd day of December 2014.

                     **BEDARD LAW GROUP, P.C.**

                     /s/ Jonathan K. Aust
                     Jonathan K. Aust
                     Georgia Bar No. 448584
                     John H. Bedard, Jr.
                     Georgia Bar No. 043473