IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHAUNCY FIFE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 1:14-cv-03863-TWT |
| COLLECTO, INC., d/b/a EOS CCA, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff CHAUNCY FIFE and Defendant COLLECTO, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

| **SKAAR & FEAGLE, LLP** | **BEDARD LAW GROUP, P.C.** |
|---|---|
| /s/ Justin T. Holcombe | /s/ Jonathan K. Aust |
| Justin T. Holcombe | Jonathan K. Aust |
| Georgia Bar No. 552100 | Georgia Bar No. 448584 |
| P.O. Box 1478 | 2810 Peachtree Ind. Blvd., Suite D |
| Marietta, GA 30061-1478 | Duluth, GA 30097 |
| jholcombe@skaarandfeagle.com | Tel: (678) 253-1871 |
| 770 / 427-5600 | Fax: (678) 253-1873 |
| 404 / 601-1855 fax | mchapman@bedardlawgroup.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |